UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-23335-CIV-MARTINEZ

ROBERT BARBERA,

   Plaintiff,

v.

HOLA TV US, LLC,

   Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Entry of Default Judgment (the "Motion"), (ECF No. 16). (ECF No. 18). Magistrate Judge Sanchez filed an R&R recommending that the Motion be granted. (ECF No. 19). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Magistrate Judge Sanchez's R&R, (ECF No. 19), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that Plaintiff's Motion for Entry of Default Judgment, (ECF No. 16), is **GRANTED** as set forth in the R&R.

**DONE AND ORDERED** in chambers at Miami, Florida, this 26 day of August, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record